UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT<br><br>and<br><br>BRIAN J. KAREM,<br><br>      *Plaintiffs,*<br><br>   v.<br><br>THE OFFICE OF THE DIRECTOR<br>OF NATIONAL INTELLIGENCE,<br><br>      Defendant. | Civil Action No. 22-0674 (TNM) |

**JOINT STATUS REPORT**

Plaintiffs, the James Madison Project and Brian J. Karem ("Plaintiffs"), and Defendant, the Office of the Director of National Intelligence ("ODNI" or Defendant, and together with Plaintiffs, "Parties"), respectfully submit the following joint status report in this action arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    1.    On March 10, 2022, Plaintiffs filed their Complaint. ECF No. 1.

    2.    On May 9, 2022, Defendant filed its Answer. ECF Nos. 7, 9.

    3.    On May 9, 2022, the Court issued a Minute Order ordering the Parties to meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter. The Court ordered that the schedule should address, among other things, the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an Open America stay is likely in this case, whether a Vaughn index will be required in this case, and a briefing schedule for dispositive motions, if required. The parties shall file the schedule on or before June 13, 2022.

4. Plaintiffs' FOIA request seeks copy of Defendant's "intelligence assessment . . . regarding the source of [Unidentified Health Incidents]." ECF No. 1 ¶ 6.

5. On August 12, 2022, Defendant reported that it determined that that the potentially responsive record was a draft and, as such, ODNI would likely withhold all of it under exemption 5. To maximize transparency, ODNI proposed to wait until the draft is finalized and then process the final record. ODNI estimated that the draft would be finalized in the next 60 days. At that point, ODNI would prioritize the processing of the finalized record. ECF No. 11 ¶ 5.

6. Plaintiff opposed Defendant's proposal. ECF No. 11 ¶ 6.

7. The Court order the Parties to appear for a status conference on September 16, 2022. Aug. 17, 2022, Min. Order.

8. The Parties appeared before the Court on September 16, 2022. ODNI reiterated its expectation that it would finalize the report by mid-October and that it agreed to expedite processing of the report once complete.

9. ODNI finalized the report in mid-October and sent it out for consultation to other government agencies.

10. On January 18, 2023, ODNI informed the Court that the document had been returned from consultation from a number of agencies and was still out for consultation with only one government agency. ODNI stated that it would check in with that agency every 15 days until that consult is returned.

11. On February 17, 2023, ODNI reported that it expected to have the final consult response returned by February 28th and estimated that it will be able to issue a final response on the report by March 31, 2023.

12.     Today ODNI reports that it made its first and only release in response to Plaintiff's February 3, 2022 FOIA request to Plaintiff on March 28, 2023.  ODNI released 147 pages, with redactions applied to withhold certain pages in whole or in part pursuant to FOIA exemptions 1, 3, 5, 6, 7(A), 7(C), and 7(E).

13.     To address points raised by Plaintiff in paragraphs 13 and 14 of the last Joint Status Report, Plaintiffs requested only the final Anomalous Health Incidents ("AHI") report not related documents and Defendants have produced that report with applicable exemptions applied. Defendants do not believe there are further issues related to which record is responsive to this request. Plaintiffs have no disagreement with this response and acknowledge there was a confusion on their part as to which documents were responsive. The report described in paragraph 12 above remains the sole document at issue in this matter.

14.     The Parties are discussing a schedule for summary judgment briefing and propose that they present it to the Court in another Joint Status Report that will be filed on or before April 17, 2023.

*   *   *   *   *

Dated: April 5, 2023

Respectfully submitted,

*/s/ Mark Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011

(202) 330-5610 facsimile
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Sian Jones*
SIAN JONES, D.C. Bar No. 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578
Sian.Jones@usdoj.gov

*Attorneys for the United States of America*

- 4 -