UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>OFFICE OF THE DIRECTOR<br>OF NATIONAL INTELLIGENCE,<br><br>    *Defendant.* | Civil Action No. 22-0674 (TNM) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Johnny Walker as co-counsel for Defendant.

Dated: August 22, 2023
       Washington, D.C.

Respectfully submitted,

 /s/ Johnny Walker
JOHNNY H. WALKER (D.C. Bar #991325)
Assistant United States Attorney
601 D Street, NW
Washington, District of Columbia 20530
(202) 252-2511
johnny.walker@usdoj.gov

*Attorney for the United States of America*